**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT E. HEFFNER, JR. and** | ) | |
| **ANNETTE M. FRIENZA-HEFFNER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:20cv01090 PLC** |
| | ) | **Case No. 4:20cv01105 PLC** |
| **OLIVIA C. AGEE,** | ) | **Case No. 4:20cv01123 PLC** |
| **STATE FARM MUTUAL INS. CO., and** | ) | |
| **OPTUM, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER LIFTING STAY AND DISMISSING REMAINING DEFENDANTS

This matter is before the Court on:

(1) joint stipulations for dismissal of Plaintiffs' cause of action against Defendant Optum, Inc. ("Optum") only ("stipulation"),[1] in which Plaintiffs Robert E. Heffner, Jr. and Annette M. Frienza-Heffner and Defendant Optum seek "the dismissal of the above action[s] with prejudice, [with] each party to bear their/its own costs and attorneys' fees" [ECF No. 24 in Case No. 4:20cv01090 PLC and Case No. 4:20cv01105 PLC; ECF No. 20 in Case No. 4:20cv01123 PLC];

(2) Plaintiffs' dismissals with prejudice of all claims against Defendants Olivia C. Agee and State Farm Mutual Automobile Insurance Company ("State Farm"), in which Plaintiffs seek the dismissal of "their claims and causes of action" against Defendants Agee and State Farm "with prejudice to the refiling thereof" and with these three parties "bear[ing] their own costs" [ECF No. 25 in Case No. 4:20cv01090 PLC and in Case No. 4:20cv01105 PLC; ECF No. 21 in Case No.

---

[1] A footnote in each stipulation states that Defendant Optum, Inc. "is not a properly-named Defendant in this matter. 'OptumInsight, Inc.' is the business entity that provided administrative services to the ERISA welfare benefit plan under which Plaintiffs received medical benefits coverage, and therefore it is the proper defendant in this matter." Because there is no motion or stipulation to change the identity of this Defendant, the Court refers to it as Plaintiffs do in their petition.

4:20cv01123 PLC];

(3) review of the record with respect to the stay of proceedings against Defendant State Farm ordered on September 16, 2020 [ECF No. 22 in Case No. 4:20cv01090 PLC and in Case No. 4:20cv01105 PLC; ECF No. 19 in Case No. 4:20cv01123 PLC]; and

(4) Defendant State Farm's motion to consolidate Case Numbers 4:20cv01090 PLC and 4:20cv01105 [ECF No. 6 in Case No. 4:20cv01090 PLC].

## Background

Plaintiffs filed in the St. Charles County, Missouri circuit court one lawsuit (Case No. 2011-CC0052) against the following five Defendants: Olivia C. Agee, State Farm, Optum, The Rawlings Company, LLC ("Rawlings"), and Coghlan Law, LLC ("Coghlan"). Three Defendants (Rawlings, State Farm, and Optum) removed the state court lawsuit to this Court on different dates, resulting in the filing of these three cases. The record in each of the three cases reveals that, as of this date: (1) no Defendant has filed either an answer to the petition[2] or a motion for summary judgment; and (2) Defendant Agee has not been served with summons and petition and has not filed a response to the petition or a request for more time in which to do so, or otherwise entered an appearance.

Due to their origin in one state court case, each of these three removed cases involves the same two Plaintiffs pursuing the same eight claims against the same five Defendants. Therefore, the Court considers these cases identical even though they were removed, at least in part, based on different grounds. In September 2020, Plaintiffs dismissed their claims and causes of action against Defendants Rawlings and Coghlan; the Court granted Defendant State Farm's motion to stay these proceedings with respect to State Farm only; and, based on notices of settlement, the

---

[2] Rawlings mistakenly filed an answer in Case Number 4:20cv01090 PLC and then promptly filed a consent motion to strike its answer, which the Court granted. See id. ECF Nos. 8, 13, and 17, respectively.

2

Court passed the three cases for settlement with respect to Defendants State Farm and Optum.

### Discussion

Because neither Defendant State Farm nor Defendant Agee have served an answer or a summary judgment motion in any of the three cases, Plaintiffs' dismissal of their claims and causes of action against those two Defendants are effective to dismiss each of the three cases as to those Defendants.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Due to Plaintiffs' dismissal of these lawsuits with respect to Defendant State Farm, the Court vacates the stay of these proceedings and denies as moot State Farm's motion to consolidate Case Number 4:20cv01090 PLC with Case Number 4:20cv01105 PLC [ECF No. 6 in Case No. 4:20cv01090 PLC].  Additionally, the stipulations for dismissal filed by Plaintiffs and Defendant Optum are effective to dismiss each of these three cases against Defendant Optum.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).  These dismissals fully resolve all of Plaintiffs' claims and causes of action in these three lawsuits.

After careful consideration,

**IT IS HEREBY ORDERED** that the stay of each of these lawsuits with respect to Defendant State Farm [ECF No. 22 in Case No. 4:20cv01090 PLC and in Case No. 4:20cv01105 PLC; ECF No. 19 in Case No. 4:20cv01123 PLC] is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiffs' dismissals of their claims and causes of action against Defendants' State Farm and Agee [ECF No. 25 in Case No. 4:20cv01090 PLC and in Case No. 4:20cv01105 PLC; ECF No. 21 in Case No. 4:20cv01123 PLC] are **APPROVED**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims and causes of action against Defendants State Farm and Agee in each of the three cases are **DISMISSED with prejudice** to the refiling thereof.  Each of these parties shall bear the party's own costs.

**IT IS FURTHER ORDERED** that the stipulations filed by Plaintiffs and Defendant

Optum [ECF No. 24 in Case No. 4:20cv01090 PLC and Case No. 4:20cv01105 PLC; ECF No. 20 in Case No. 4:20cv01123 PLC] are **APPROVED**.

IT IS FURTHER ORDERED that Plaintiffs' claims and causes of action against Defendant Optum in each of the three cases are **DISMISSED with prejudice**.  Each of these parties shall bear the party's own costs and attorneys' fees in each of the three cases.

IT IS FINALLY ORDERED that State Farm's motion to consolidate [ECF No. 6 in Case Number 4:20cv01090 PLC] is **DENIED** as moot.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of October, 2020

4